UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Bobby Hill, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21-cv-01155-UNA |
| Lowe's Home Centers, LLC, et al, | ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was opened on September 24, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:21-cv-00141-**ACL**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-01155 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: September 27, 2021

By: /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:21-cv-00141-ACL.**